

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Glen Gary Claiborne
3783 Walnut Creek WAY
Lithonia Ga 30038

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

City of Greenville
GreeLink       See attach

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA


Glen Earl Claiborne
3783 Walnut Creek Way
Lithonia, GA  30038


against

City Of Greenville South Carolina
GreenLink
Robert Dowling
Louis Beason
Deborah Gravely
Athena Miller
Rick Bridwell
Steven Chasten
Mark Richards
Scoot McIver
City of Greenville (GreenLink)
154 Augusta, Road
Greenville, South Carolina 29601


Attachment for page 1

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Glen Earl Claiborne_

Street Address _3703 Walnut Creek Way_

City and County _Lithonia_

State and Zip Code _GA 30038_

Telephone Number _310-867-1598_

### B.     The Defendant(s)

_See Attachment Page 2_

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _____

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

Defendant No. 2

Name _____

Job or Title (if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

Defendant No. 3

Name _____

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

A. The Plaintiff(s)

B. Glen Earl Claiborne
   3783 Walnut Creek Way
   Lithonia, GA  30038

C. The Defendant(s)

1. City Of Greenville South Carolina
   P.O. Box 2207
   Greenville, SC 29601

2. GreenLink--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

3. Robert Dowling--Supervisor/Mechanic—864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

4. Louis Beason-- Supervisor/Mechanic--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

5. Deborah Gravely-- Supervisor/Clerk--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

6. Athena Miller—Director of Human Resources
   P.O. Box 2207
   Greenville, SC 29601

7. Rick Bridwell-- Supervisor/Mechanic--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

8. Steven Chasten—Manager of Transit Operations
   154 Augusta, Road
   Greenville, South Carolina 29601

9. Mark Richards—Director of Transportation
   154 Augusta, Road
   Greenville, South Carolina 29601

10. Scoot McIver-- Supervisor
    154 Augusta, Road
    Greenville, South Carolina 29601

Attachment for page 2

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

*See attachment 3-A*

## A. If the Basis for Jurisdiction Is a Federal Question

Under 28 U.S.C. Section 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

**Attachment page 3-A**

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4        See pttachment Pare 4

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, <u>Glen Earl Claiborne</u>, is a citizen of the State of <u>South Carolina.</u>

2. The Defendant(s)

1. City Of Greenville South Carolina
   P.O. Box 2207
   Greenville, SC 29601

2. GreenLink--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

3. Robert Dowling--Supervisor/Mechanic—864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

4. Louis Beason-- Supervisor/Mechanic--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

5. Deborah Gravely-- Supervisor/Clerk--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

6. Athena Miller—Director of Human Resources
   P.O. Box 2207
   Greenville, SC 29601

7. Rick Bridwell-- Supervisor/Mechanic--864-467-5000
   154 Augusta, Road
   Greenville, South Carolina 29601

8. Steven Chasten—Manager of Transit Operations
   154 Augusta, Road
   Greenville, South Carolina 29601

9. Mark Richards—Director of Transportation
   154 Augusta, Road
   Greenville, South Carolina 29601

10. Scoot McIver-- Supervisor
    154 Augusta, Road
    Greenville, South Carolina 29601

Attachment for page 4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$65,000.00

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

3.  The Amount of Controversy

$65,000.00

III.  Statement Of Claim

Plaintiff:

Glen Earl Claiborne was subject to Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy.

Defendant(s):

1.  Athena Miller- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-07-15-2015,07-20-2015,09-15-2015.

2.  Deborah Gravely- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-07-07-2015,07-09-2015,07-10-2015,07-15-2015,08-11-2015,08-19-2015,08-24-2015,08-25-2015,09-15-2015.

3.  Rick Bridwell- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-08-19-2015-08-24-2015-08-25-2015-09-15-2015

4.  Steven Chasten- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-09-07-2015, 09-15-2015

5.  Robert Dowling- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-08-17-2015,08-18-2015,08-22-2015,-08-26-2015,09-072015,-09-14-2015,09-15-2015,

6.  Mark Richards- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-09-07-2015,09-15-2015

7.  Scott McIver- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-06-26-2015,-07-11-2015

8.  Louis Beason- Racial Discrimination, Hostile Environment, Retaliation, Bulling, Life Threatening, Harassment and Conspiracy. GreenLink/City Of Greenville-09-09-2015, 09-14-2015

Attachment page 5-A

## IV. Relief

The plaintiff lost his job. He has a 7 year old son and 21 year old daughter. He is helping taking care of both. He is daughter is in college. In addition to his 72 year old mother with many medical needs. The plaintiff has a few medical needs and high blood pressure . The defendant caused the plaintiff great hardship, emotional stress and lost of income.

The plaintiff is requesting Compensatory Damages, Punitive Damages, and Exemplary Damages.

Amount requesting is  $475,000.00.

**Attachment page 5-B**

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-18 , 2016

Signature of Plaintiff

Printed Name of Plaintiff    Glen Claiborne

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____

6