IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Glen Earl Claiborne, | ) | |
| | ) | Civil Action No. 6:16-2910-TMC-KFM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| City of Greenville, South Carolina; | ) | |
| GreenLink; Robert Dowling; | ) | |
| Louis Beason; Deborah Gravely; | ) | |
| Athena Miller; Rick Bridwell; | ) | |
| Steven Chasten; Mark Richards; and | ) | |
| Scott McIver; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se, filed this civil action alleging employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. claiming that he was harassed by the defendants because of his race.  In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling.  Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court dismiss Defendants Robert Dowling, Louis Beason, Deborah Gravely, Athena Miller, Steven Chasten, Mark Richards, Rick Bridwell, and Scoot McIver, without prejudice and without issuance and service of process.  Plaintiff was advised of his right to file objections to the Report. (ECF No. 16 at 6).  However, Plaintiff filed no objections to the Report, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court.  *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976).  In the absence of objections, this court is not required to provide an explanation for

1

adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and the record in this case, the court adopts the Magistrate Judge's Report (ECF No. 16) and incorporates it herein. It is therefore **ORDERED** that Defendants Robert Dowling, Louis Beason, Deborah Gravely, Athena Miller, Steven Chasten, Mark Richards, Rick Bridwell, and Scoot McIver, are hereby **DISMISSED** from Plaintiff's action without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

November 9, 2016
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.